# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>PEDRO GARCIA,<br><br>          Defendant. | Case No. 2:21-CR-00179-JAD-EJY-1<br><br>**ORDER**<br><br>ECF No. 22 |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, February 14, 2022 at 1:30 p.m., be vacated and continued to February 28, 2022, at 1:30 p.m.

DATED this 10th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE